NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-1076

WESLEY JOHN FITCH

VERSUS

LIGHTHOUSE CHURCH OF GOD, ET AL.

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 67,461
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard,* Judges.

Woodard, J., concurs and assigns written reasons.

AFFIRMED.

Gary J. Ortego
Attorney at Law
P. O. Drawer 810
Ville Platte, LA 70586
(337) 363-0707
Counsel for Plaintiff/Appellant:
    Wesley John Fitch

---

*Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *pro tempore*.

**James Ryan III**
**James Ryan III & Associates, LLC**
**201 St. Charles Avenue**
**Suite 2530**
**New Orleans, LA 70170**
**(504) 599-5990**
**Counsel for Defendant/Appellee:**
    **Lighthouse Church of God**
    **and Church Mutual Insurance**
    **Company**